NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**PENTAIR WATER POOL AND SPA, INC.,**
*Appellant*

v.

**HAYWARD INDUSTRIES, INC.,**
*Appellee*

_____

2016-2598

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 95/002,005.

_____

**JUDGMENT**

_____

DAVID JAMES CUSHING, Sughrue Mion, PLLC, Washington, DC, argued for appellant. Also represented by MARK BOLAND, RAJA N. SALIBA, GRANT SIMON SHACKELFORD.

STEVEN HALPERN, McCarter & English, LLP, Newark, NJ, argued for appellee. Also represented by SCOTT S. CHRISTIE, TIMOTHY PATRICK HOMLISH, MARK NIKOLSKY, MATTHEW ADAM SKLAR; LEE CARL BROMBERG, Boston, MA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  August 15, 2017  | /s/ Peter R. Marksteiner |
| :---: | :---: |
| Date | Peter R. Marksteiner |
| | Clerk of Court |